| AO 10 Rev. 1/2014 | FINANCIAL DISCLOSURE REPORT NOMINATION FILING | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (last name, first, middle initial) Hanks, George C. | 2. Court or Organization U.S. District Court, Southern District of Texas | 3. Date of Report 09/23/2014 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) Nominee -U.S. District Judge | 5a. Report Type (check appropriate type) [✓] Nomination  Date 09/18/2014 [ ] Initial  [ ] Annual  [ ] Final 5b. [ ] Amended Report | 6. Reporting Period 01/01/2013 to 09/23/2014 |

**7. Chambers or Office Address**

Uniteds States Courthouse
515 Rusk Rm 7727
Houston, TX 77002

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

# I. POSITIONS. (Reporting individual only; see pp. 9-13 of filing instructions.)

[ ] NONE (No reportable positions.)

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1.  Board of Directors | Greater Houston Area Red Cross |
| 2.  Advisory Board Member | Judical Education Program George Mason University Law & Economics Center |
| 3.  Board of Directors | Lakes of Fondren Homeowners Association |
| 4. | |
| 5. | |

# II. AGREEMENTS. (Reporting individual only; see pp. 14-16 of filing instructions.)

[✓] NONE (No reportable agreements.)

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2013 | University of Houston Law Foundation, adjunct professor wages | $3,200.00 |
| 2. 2012 | University of Houston Law Foundation, adjunct professor wages | $3,200.00 |
| 3. | | |
| 4. | | |
| 5. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2014 | Depelchin's Children's Center, wages |
| 2. 2014 | United Airlines, wages |
| 3. 2013 | Depelchin's Children's Center, wages |
| 4. 2013 | United Airlines, wages |
| 5. | |
| 6. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. Exempt | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hanks, George C. | 09/23/2014 |

5.

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☐ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | Exempt | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | American Express | Credit Card | J |
| 2. | Chase Bank | Credit Card | J |
| 3. | | | |
| 4. | | | |
| 5. | | | |

# FINANCIAL DISCLOSURE REPORT
## Page 5 of 7

Name of Person Reporting

Hanks, George C.

Date of Report

09/23/2014

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 1. Texas Employee Retirement System | B | Interest | M | T | Exempt | | | | |
| 2. Wells Fargo Savings Account | A | Interest | K | T | Exempt | | | | |
| 3. Protective Life Insurance | A | Interest | J | T | Exempt | | | | |
| 4. 401 TexSaver Account | B | Int./Div. | | | Exempt | | | | |
| 5. -Black Rock Bond Index | | | | | | | | | |
| 6. -Black Rock Liquidity Temp Fund | | | | | | | | | |
| 7. Continental 401K Savings Plan | A | Int./Div. | J | T | Exempt | | | | |
| 8. -Black Rock Global Allocation Fund | | | | | | | | | |
| 9. -Black Rock Large Cap Core Fund | | | | | | | | | |
| 10. -PIMCO All Asset Fund | | | | | | | | | |
| 11. -Sands Large Cap Growth Fund | | | | | | | | | |
| 12. -Thornburg International Equity Fund | | | | | | | | | |
| 13. -Wellington Trust Real Total Return Portfolio | | | | | | | | | |
| 14. -Wellington Trust Unconstrained Themes Portfolio | | | | | | | | | |
| 15. -Westwood LargeCap Value Fund | | | | | | | | | |
| 16. -Westwood SMidCap Fund | | | | | | | | | |
| 17. | | | | | | | | | |

1. Income Gain Codes: (See Columns B1 and D4)
A =$1,000 or less   B =$1,001 - $2,500   C =$2,501 - $5,000   D =$5,001 - $15,000   E =$15,001 - $50,000
F =$50,001 - $100,000   G =$100,001 - $1,000,000   H1 =$1,000,001 - $5,000,000   H2 =More than $5,000,000

2. Value Codes (See Columns C1 and D3)
J =$15,000 or less   K =$15,001 - $50,000   L =$50,001 - $100,000   M =$100,001 - $250,000
N =$250,001 - $500,000   O =$500,001 - $1,000,000   P1 =$1,000,001 - $5,000,000   P2 =$5,000,001 - $25,000,000
P3 =$25,000,001 - $50,000,000   P4 =More than $50,000,000

3. Value Method Codes (See Column C2)
Q =Appraisal   R =Cost (Real Estate Only)   S =Assessment   T =Cash Market
U =Book Value   V =Other   W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Hanks, George C. | 09/23/2014 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

| Name of Person Reporting | Date of Report |
|---|---|
| Hanks, George C. | 09/23/2014 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: s/ George C. Hanks

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544

# FINANCIAL STATEMENT

## NET WORTH

Provide a complete, current financial net worth statement which itemizes in detail all assets (including bank accounts, real estate, securities, trusts, investments, and other financial holdings) all liabilities (including debts, mortgages, loans, and other financial obligations) of yourself, your spouse, and other immediate members of your household.

| ASSETS | | | | LIABILITIES | | | |
|---|---|---|---|---|---|---|---|
| Cash on hand and in banks | | 33 | 320 | Notes payable to banks-secured (auto) | | 24 | 967 |
| U.S. Government securities | | | | Notes payable to banks-unsecured | | | |
| Listed securities -- see schedule | | 3 | 026 | Notes payable to relatives | | | |
| Unlisted securities | | | | Notes payable to others | | | |
| Accounts and notes receivable: | | | | Accounts and bills due | | 35 | 579 |
| Due from relatives and friends | | | | Unpaid income tax | | | |
| Due from others | | | | Other unpaid income and interest | | | |
| Doubtful | | | | Real estate mortgages payable -- personal residence | | 107 | 585 |
| Real estate owned -- see schedule | | 215 | 000 | Chattel mortgages and other liens payable | | | |
| Real estate mortgages receivable | | | | Other debts-itemize: | | | |
| Autos and other personal property | | 75 | 000 | | | | |
| Cash value-life insurance | | 6 | 000 | | | | |
| Other assets itemize: | | | | | | | |
| Texas Employees Retirement System | | 104 | 442 | | | | |
| Thrift Savings Plan | | 34 | 995 | | | | |
| | | | | Total liabilities | | 168 | 131 |
| | | | | Net Worth | | 303 | 652 |
| Total Assets | | 471 | 783 | Total liabilities and net worth | | 471 | 783 |
| CONTINGENT LIABILITIES | | | | GENERAL INFORMATION | | | |
| As endorser, comaker or guarantor | | | | Are any assets pledged? (Add schedule) | No | | |
| On leases or contracts | | | | Are you defendant in any suits or legal actions? | No | | |
| Legal Claims | | | | Have you ever taken bankruptcy? | No | | |
| Provision for Federal Income Tax | | | | | | | |
| Other special debt | | | | | | | |